UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         Case No. 15-Cr-169-pp

LASHIRAH PETERSON,

        Defendant,
and

SKY RESIDENTIAL SERVICES, INC.,

        Garnishee-Defendant

## ORDER APPROVING STIPULATION (DKT. NO. 22) AND ISSUING FINAL ORDER OF GARNISHMENT

The parties have filed a stipulation, agreeing that the court should issue a final order of garnishment mandating garnishment of the defendant's wages. Dkt. No. 22. The defendant and the garnishee-defendant have waived service of application for a writ of garnishment and have waived their right to a hearing or further process. Id. at 1-2. The defendant has agreed that her wages are subject to garnishment and has agreed to the entry of a final order. Id. at 2.

The court **ORDERS** that the garnishee-defendant shall pay to the plaintiff $35.00 of the defendant-debtor's earnings biweekly, by sending a check or money order made payable to the Clerk, U.S. District Court and mailing the check or money order to the Clerk, U.S. District Court, 517 East Wisconsin Avenue, Room 362 Federal Building, Milwaukee, WI 53202. The

court **ORDERS** that the clerk's office shall apply these payments to the judgment until the entire judgment ($11,200, of which there is an outstanding balance of $11,050) is paid in full or until the court orders otherwise.

Dated in Milwaukee, Wisconsin this 4th day of January, 2019.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**